UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE M. ZARAGOZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  8:16-cv-01969-SS<br><br><br><br>JUDGMENT |

   IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on March 22, 2017.

   Dated: March 22, 2017

                                    By: _____/S/_____
                                         SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE

Page 1          JUDGMENT - [8:16-cv-01969-SS]