**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Diana M. Zaragoza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA M. ZARAGOZA,<br><br>　　Plaintiff,<br><br>　　v<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. SACV16-1969 SS<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of ONE THOUSAND SEVEN HUNDRED SEVENTY-ONE DOLLARS and EIGHTY-SEVEN CENTS ($1,771.87), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

　　Dated: 4/20/17

　　　　　　　　　　_____/S/_____
　　　　　　　　　　THE HONORABLE SUZANNE H. SEGAL
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1